No. 10–6845. MONTGOMERY v. BODISON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–6871. KELLNER v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–6891. BOYD v. HAYNES, SUPERINTENDENT, WARREN CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 10–6893. ASBURY v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 10–6914. FLOWERS v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–6916. FREEMAN v. STEELE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–6918. GORDON v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–6921. THOMAS v. SCRIBNER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6962. JAMES v. FIESTA FOOD MART, INC. C. A. 5th Cir. Certiorari denied.

No. 10–6968. TYSON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 10–6975. LABRAKE v. STOWITZKY ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–6976. PARKS v. LUDWICK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–6979. D. J. G. v. WASHINGTON COUNTY CHILDREN AND YOUTH SERVICES. Sup. Ct. Pa. Certiorari denied.

No. 10–6990. RESENDIZ v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.